IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MICHAEL WEBB, | : | No. 4:14-cv-01499 |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| TAHSIN INDUSTRIAL CORP., U.S.A., | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of February 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Preclude Testimony and Reports of Any of Plaintiff's Liabilty Experts, ECF No. 28, is DENIED AS MOOT, given the decision by Plaintiff's counsel, Robert Thompson Rosamilia, Esquire, to withdraw Plaintiff's sole expert at the Court's Daubert Hearing conducted on December 18, 2015.

2. Plaintiff's request for leave to retain a replacement expert—to the extent that the arguments in Plaintiff's brief, ECF No. 41, absent any formal motion, might be liberally construed by this Court as so demanding—is DENIED.

3. Defendant's Motion for Summary Judgment, ECF No. 30, is GRANTED IN FULL.

4. The Clerk of Court is directed to enter final judgment in favor of the Defendant and close this case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge